*E-FILED - 12/8/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **CHARLES E. WOODS,** | Case No. C08-4749 RMW |
| Petitioner, | |
| v. | **[] ORDER** |
| **BEN CURRY, Warden,** | |
| Respondent. | |

Good cause appearing, Respondent is granted an extension of time, and shall provide a responsive pleading by December 14, 2009. Petitioner's response is due thirty (30) days after his receipt of Respondent's responsive pleading.

Dated: 12/7/09

*Ronald M. Whyte*

The Honorable Ronald M. Whyte

[] Order (C08-4749 RMW)